**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09cv01**

| | | |
|---|---|---|
| **KENNETH HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Memorandum and

Recommendation of Magistrate Judge Dennis L. Howell [Doc. 15], filed

April 14, 2009.  Pursuant to 28 U.S.C. § 636(b) and the standing Orders of

Designation of this Court, Magistrate Judge Howell was designated to

consider the Defendant's Motion for Judgment on the Pleadings [Doc. 8]

and to submit recommendations for its disposition.  After the Defendant

filed its motion, the Plaintiff filed his Motion to Amend. [Doc. 10].  The

Magistrate Judge also considered that motion and submitted

recommendations for its disposition, having found the motion to amend

inextricably intertwined with the motion for judgment on the pleadings.

The Magistrate Judge filed a Memorandum and Recommendation in

which he recommended denying the motion to amend and granting in part

the Defendant's motion for judgment on the pleadings.[1]  The parties were

advised that any objections to the Magistrate Judge's conclusions and

recommendations were to be filed in writing within ten days of service of

the Recommendation and that failure to file objections to the Memorandum

and Recommendation would preclude the parties from raising any

objection on appeal. [Doc. 15 at 22].  The period within which to file

objections expired on May 1, 2009 and no objections to the Memorandum

and Recommendation have been filed.

The Court has considered the motions, the responses thereto and

the Magistrate Judge's Memorandum and Recommendation.  The Court

concludes that the Magistrate Judge's recommendation is supported by the

facts, the record and the law.  Accordingly, the Court hereby accepts the

Magistrate Judge's Recommendation.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Amend

[Doc. 10] is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion for

---

[1]The Magistrate Judge recommended that Count IV of the Complaint be dismissed on the alternate ground of failure to state a claim upon which relief may be granted.  The Plaintiff conceded this by failing to object to the Memorandum and Recommendation.

Judgment on the Pleadings [Doc. 8] as to Counts I, II and III is hereby

**GRANTED** and Counts I, II and III of the Complaint are hereby

**DISMISSED WITH PREJUDICE** but only to the extent that these claims

are based on the Defendant's credit reporting activity and judgment

thereon will be entered at the conclusion of the action.  To the extent that

the claims asserted in Counts I, II and III are based on any other grounds,

the Defendant's Motion for Judgment on the Pleadings is **DENIED**, and the

Plaintiff is allowed to proceed thereon;

IT IS FURTHER ORDERED that the Defendant's Motion for

Judgment on the Pleadings [Doc. 8] as to Count IV is hereby **DENIED** but

Defendant's Motion to Dismiss Count IV for failure to state a claim is

**GRANTED** and Count IV is thus hereby **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that on or before fourteen days of entry

of this Order, the parties shall conduct an initial attorneys' conference and

shall submit to the Court a Certificate of Initial Attorneys' Conference and

proposed Pretrial Order and Case Management Plan within five days of

such conference.

Signed: May 5, 2009

Martin Reidinger
United States District Judge